**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00255-CV

**DRUCILLA BAIN, Appellant**

**V.**

**CAPITAL SENIOR LIVING CORPORATION, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01332-B**

## ORDER

We **GRANT** appellant's May 9, 2014 unopposed motion for an additional extension of time to file brief and **ORDER** the brief be filed no later than June 18, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE